April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERTO HINOJOSA, Appellant

NO. 14-11-00989-CV                V.

BRITTANY HINOJOSA, Appellee

_____

This cause, an appeal from the "FINAL ORDER IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP," signed August 30, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Roberto Hinojosa, to pay all costs in this appeal. We further order the decision certified below for observance.